FRED KAPLAN *ET AL.*, PLAINTIFFS-RESPONDENTS, v. LINWOOD RECREATION CENTER, INC., DEFENDANT-PETITIONER.

*Messrs. Back, Nussman & Rose* for the petitioner.

*Messrs. Breslin & Breslin* for the respondents.

November 2, 1959.   Denied.

BETTY RYDER, PETITIONER-PETITIONER, v. RIVERSIDE GARDENS, INC., RESPONDENT-RESPONDENT.

*Messrs. Parsons, Labrecque, Canzona & Blair* for the petitioner.

*Messrs. Amory, Langan, Lamb & Blake* and *Mr. Paul B. Thompson* for the respondent.

November 2, 1959.   Granted.